# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2058

_____

| | | |
|---|---|---|
| In re: Midland Marina, Inc., | * | |
| | * | |
| Debtor | * | |
| ----------------------------------------------- | * | |
| | * | |
| City of Sioux City, Iowa, | * | |
| | * | Appeal from the United States |
| Appellant, | * | Bankruptcy Appellate Panel |
| | * | for the Eighth Circuit |
| v. | * | |
| | * | [UNPUBLISHED] |
| Midland Marina, Inc., | * | |
| | * | |
| Appellee. | * | |
| | * | |
| Barbara Stuart, U.S. Trustee. | * | |

_____

Submitted:  November 15, 2001
Filed:  December 5, 2001

_____

Before BYE and BEAM, Circuit Judges, and GOLDBERG,[1] Judge.

_____

PER CURIAM.

-----

[1]The Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by designation.

The City of Sioux City, Iowa appeals from a decision of the Eighth Circuit Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[2] dismissal of Midland Marina, Inc.'s Chapter 11 bankruptcy. Sioux City also appeals the BAP's determination that the dismissal rendered moot Sioux City's pending appeal, in which the City challenged the bankruptcy court's failure to have Midland Marina immediately surrender certain nonresidential property under 11 U.S.C. § 365(d)(4).

We agree with the reasoning expressed in the BAP's published decision, <u>City of Sioux City v. Midland Marina, Inc. (In re Midland Marina, Inc.)</u>, 259 B.R. 683 (B.A.P. 8th Cir. 2001), and affirm under 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable William L. Edmonds, United States Bankruptcy Judge for the Northern District of Iowa.